No. 81–1631.  SHELDON *v.* SHELDON.  Appeal from Ct. App. Cal., 4th App. Dist.  Motion of appellee for damages and double costs denied.  Appeal dismissed for want of substantial federal question.

No. 81–1641.  REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* BURTON ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1319.  WHITE, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN *v.* THOMPSON.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Frady, ante,* p. 152.

No. — – ——.  WEST VIRGINIA *v.* SECRETARY OF EDUCATION, UNITED STATES DEPARTMENT OF EDUCATION. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. A–773.  CRUMPACKER *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION.  Sup. Ct. Ind.  Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–861.  MIZELL, WARDEN *v.* WELSH.  C. A. 7th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. 80–1690.  AMERICAN MEDICAL ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION, 455 U. S. 676.  Motion of American Dental Association for leave to file a brief as *amicus curiae* in support of petition for rehearing denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this motion.